```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02905
   FLOYD L BYAS
   JUANITA L BYAS                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5089      SSN XXX-XX-6853

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/08/08 .

    2.   The case was dismissed without confirmation, 08/22/2008.

    3.   The Debtor paid a total of $   1885.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL     SECURED VEHIC        .00            .00        532.17
TRIAD FINANCIAL CORP      SECURED VEHIC        .00            .00        990.09
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00          .00
ILLINOIS DEPT REVENUE     PRIORITY         NOT FILED          .00          .00
ALLIED INTERSTATE         UNSECURED        NOT FILED          .00          .00
AMERICAN MEDICAL COLLECT  UNSECURED        NOT FILED          .00          .00
AMERICASH LOANS           UNSECURED        NOT FILED          .00          .00
AMERICASH LOANS           UNSECURED        NOT FILED          .00          .00
AT&T MOBILITY LLC         UNSECURED        NOT FILED          .00          .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00          .00
CARDIOTHORACIC & VASCULA  UNSECURED        NOT FILED          .00          .00
CERTIFIED SERVICES INC    UNSECURED        NOT FILED          .00          .00
CHECK N GO OF ILLINOIS    UNSECURED        NOT FILED          .00          .00
CITY OF WAUKEGAN          UNSECURED        NOT FILED          .00          .00
COLLECTION BUREAU OF AME  UNSECURED        NOT FILED          .00          .00
COLUMBIA HOUSE            UNSECURED        NOT FILED          .00          .00
COMCAST                   UNSECURED        NOT FILED          .00          .00
COMED                     UNSECURED        NOT FILED          .00          .00
CREDITORS COLLECTION BUR  UNSECURED        NOT FILED          .00          .00
DEPARTMENT VETERAN AFFAI  UNSECURED        NOT FILED          .00          .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
------------------------------------------------------------------------
DAVID COHEN               UNSECURED        NOT FILED          .00          .00
JEFFREY J HICKS DPM       UNSECURED        NOT FILED          .00          .00
STUART SCHWARTZ DDS       UNSECURED        NOT FILED          .00          .00
ENCORE RECEIVABLE MGMT    UNSECURED        NOT FILED          .00          .00
ENH NORTH SUBURBAN ANEST  UNSECURED        NOT FILED          .00          .00
ENH MEDICAL GROUP         UNSECURED        NOT FILED          .00          .00
ENH RADIOLOGY             UNSECURED        NOT FILED          .00          .00
```

```
EVANSTON NORTHWESTERN HL  UNSECURED        NOT FILED             .00           .00
EYE CARE CENTER OF LAKE   UNSECURED        NOT FILED             .00           .00
GT LANDSCAPING            UNSECURED        NOT FILED             .00           .00
IL DEPT OF EMPLOYMENT SE  UNSECURED        NOT FILED             .00           .00
IRA J PIEL                UNSECURED        NOT FILED             .00           .00
KRAMER MEDICAL GROUP      UNSECURED        NOT FILED             .00           .00
LAKE COUNTY RADIOLOGY     UNSECURED        NOT FILED             .00           .00
LAKE FOREST HOSPITAL      UNSECURED        NOT FILED             .00           .00
JAJEK & KOCH SC MD        UNSECURED        NOT FILED             .00           .00
LAKE SHORE GASTROENTEROL  UNSECURED        NOT FILED             .00           .00
MIDWAY EMERGENCY PHYSICI  UNSECURED        NOT FILED             .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED             .00           .00
NORTHEAST RADIOLOGY       UNSECURED        NOT FILED             .00           .00
PALISADES                 UNSECURED        NOT FILED             .00           .00
PALISADES COLLECTION      UNSECURED        NOT FILED             .00           .00
PEOPLES ENERGY            UNSECURED        NOT FILED             .00           .00
PINNACLE MANAGEMENT SERV  UNSECURED        NOT FILED             .00           .00
PROFESSIONAL ACCOUNT SER  UNSECURED        NOT FILED             .00           .00
QUEST DIAG INCORP         UNSECURED        NOT FILED             .00           .00
QUICK CASH LOAN           UNSECURED        NOT FILED             .00           .00
SKO BRENNER AMERICAN      UNSECURED        NOT FILED             .00           .00
TCF BANK                  UNSECURED        NOT FILED             .00           .00
TARGET                    UNSECURED        NOT FILED             .00           .00
TRS RECOVERY SERVICES     UNSECURED        NOT FILED             .00           .00
UROLOGY CONSULTANTS       UNSECURED        NOT FILED             .00           .00
VICTORY MEMORIAL HOSPITA  UNSECURED        NOT FILED             .00           .00
VISTA IMAGING ASSOC       UNSECURED        NOT FILED             .00           .00
WESTGATE FUNERAL HOME     UNSECURED        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED             .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00           .00           .00           .00
PRINCIPAL PAID     1522.26           .00           .00           .00       1522.26
INTEREST PAID          .00           .00           .00           .00           .00
TOTAL PAID         1522.26           .00           .00           .00       1522.26
```

The Debtor's attorney, HAROLD M SAALFELD             , was allowed $       .00 and was paid $       .00 .

The Trustee received $      93.74 .

Refunds to the Debtor totaled $    269.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 08 B 02905 FLOYD L BYAS & JUANITA L BYAS
```